PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
APR 24 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Jesse Patrick Garding**

**Docket No. 0:00CR00356-002(ADM)**

**Petition on Supervised Release**

COMES NOW **Amy E. West**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jesse Patrick Garding** who was sentenced for Narcotics on July 24, 2001, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstain from alcohol
Participate in drug/alcohol treatment program
No firearms, dangerous weapons

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION: The defendant shall refrain from the use of any controlled substance.

On February 16, 2006, and April 1, 2006, Mr. Garding submitted a urine specimen which tested positive for Gamma-Hydroxbutyric Acid (GHB). Additionally, he admitted that he had used GBL on several occasions between December 2005 and April 2006. He reported his last use of this substance was April 17, 2006.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 60 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility. The defendant will be eligible for work release and chemical dependency treatment release.

ORDER OF THE COURT

Considered and ordered this 24th day of April, 2006, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Amy E. West
U.S. Probation Officer

Executed on April 20, 2006
Place Minneapolis

SCANNED
APR 24 2006
U.S. DISTRICT COURT MPLS