00 CR 356-2
ADM

Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Jesse Patrick Garding

Docket No. CR356(2)

RECEIVED
APR 24 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**HEARING WAIVER**

I, Jesse Patrick Garding, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 60 in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed: [signature]
Jesse Patrick Garding
Supervised Releasee

Witness: [signature]

Dated: 4/19/06

SCANNED
APR 24 2006
U.S. DISTRICT COURT MPLS