PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Jesse Patrick Garding**

**Docket No. 0:00CR00356-002(ADM)**

**Petition on Supervised Release**

COMES NOW **Amy E. West**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jesse Patrick Garding** who was sentenced for Narcotics on July 24, 2001, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No alcohol; not to enter establishment where alcohol is sold
Participate in drug/alcohol treatment program
Provide DNA
No firearms or dangerous weapons
60 days community confinement (modified April 21, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION: The defendant shall not commit another federal, state or local crime.

STANDARD CONDITION: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

The defendant received three speeding tickets on January 10, 2006; June 21, 2006; and July 11, 2006. Additionally, on January 24, 2007, the defendant was convicted of Driving After Suspension. He received a sentence of 6 days in jail for this conviction. The defendant did not notify the probation officer of his contact with law enforcement officers or of these repeated driving convictions.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 8 hours of community service, as approved by the probation officer.

SCANNED
MAR 30 2007
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 27 day of March, 2007, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Amy E. West
U.S. Probation Officer
Telephone: 612-664-5415

Executed on March 26, 2007
Place Minneapolis

Approved:

Julie M. Belt
Supervising U.S. Probation Officer

c: United States Sentencing Commission