Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Jesse Patrick Garding

Docket No. 00:CR356(02)(ADM)

# HEARING WAIVER

I, Jesse Patrick Garding, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 8 hours of community service, as approved by the probation officer.

Signed: [signature]

Jesse Patrick Garding
Supervised Releasee

Witness: [signature]

Dated: 3/22/07

SCANNED
MAR 30 2007
U.S. DISTRICT COURT ST. PAUL