AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

## SUMMONS IN A CRIMINAL CASE

v.

Case Number: CR 00-356 ADM/SRN

Jesse Garding (2)

RECEIVED
JUL 23 2007
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

2007 JUL 17 P 3:50
RECEIVED
US MARSHALS SERVICE
MPLS MN

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

---

Place: **300 South Fourth Street, Suite 8E**
**U.S. Courthouse**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Franklin L. Noel**

On: **July 30, 2007 at 11:00 a.m.**

---

To answer a(n) Order of the court.

Brief description of offense:

Violation of Supervised Release

Stacey E Kulevich

Stacey E. Kulevich, Deputy Clerk

Dated: July 16, 2007

SCANNED
JUL 23 2007
U.S. DISTRICT COURT ST. PAUL

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] Nancy Schmidt Date: 7/17/07

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: USMS office - Mpls MN

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 7/17/07
Date

Ben Kates (Acting)
Name of United States Marshal

N Schmidt
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure