**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Magistrate Judge Noel |
| Plaintiff, | ) | |
| | ) | Case No: CR 00-356 ADM |
| v. | ) | Date: 07/30/07 |
| | ) | Court Reporter: None |
| Jesse Garding, | ) | Tape Number: 114/3123-3446 |
| | ) | Time Commenced: 11:00 a.m. |
| Defendant. | ) | Time Concluded: 11:05 a.m. |
| | | Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: Jeff Paulsen, Assistant U.S. Attorney
Defendant: none present
√ To be appointed

Interpreter / Language: None / English

Date Charges Filed: 07/16/07 Offense: Violation of Supervised Release

√ Def. Advised of the substance of the charge (R.5(d)(1)) √ Advised of Rights

on Violation of: √ Supervised Release

√ **Bond set in the amount of $25,000 with conditions, see Order Setting Conditions of Release.**

Additional Information:
Defendant released on same conditions as previously imposed. Counsel to contact Judge Montgomery's chambers for a final revocation hearing date.

s/AR
Criminal Duty Clerk