PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Jesse Patrick Garding**

**Docket No. 0:00CR00356-002(ADM)**

**Amended Petition on Supervised Release**

COMES NOW **Amy E. West**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jesse Patrick Garding** who was sentenced for Possession with Intent to Distribute Gamma-Butyrolactone for Human Consumption on July 24, 2001, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No alcohol, not to enter establishment where alcohol is sold
Participate in drug/alcohol treatment program
Community confinement (Modified February 23, 2006)
Community service (Modified March 28, 2007)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On May 29, 2007, the defendant was pulled over by the Minnesota Highway Patrol due to his erratic driving. When the authorities made contact, the defendant was unresponsive and eventually lost consciousness. He was transported to the hospital where a blood sample was obtained. On July 11, 2007, that blood sample was returned from the Bureau of Criminal Apprehension Laboratory and tested positive for GHB. After recently being confronted with this positive blood sample, the defendant admitted to using GHB on May 29, 2007. The defendant had previously denied using GHB; however, he admitted to taking 1 tablet of Adderall and multiple tablets of Ambien on May 29, 2007. The defendant does not have a prescription for Adderall but reported receiving the medication from a friend. The defendant admitted that, although he had a prescription for Ambien, the multiple pills he took on May 29, 2007, belonged to his mother.

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

The defendant has admitted that on May 29, 2007, he drove his vehicle and was pulled over by the authorities after using GHB. Fourth Degree Driving Under the Influence charges are pending in Wright County, Minnesota.

**On July 19, 2007, the defendant was arrested in St. Cloud, Minnesota, and charged with Driving After Revocation. A court date in Stearns County to address this matter has not been set.**

SCANNED
AUG - 2 2007
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That the additional violation noted above be added to the original Petition dated July 12, 2007.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 1st day of August, 2007, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Amy E. West
U.S. Probation Officer
Telephone: 612-664-5415

Executed on July 31, 2007
Place Minneapolis

Approved:

Julie M. Belt
Supervising U.S. Probation Officer