**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>JESSE GARDING,<br>Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: Ann D. Montgomery<br>U.S. District Judge<br><br>Case No: 00-356 ADM/SRN<br>Date: August 7, 2007<br>Court Reporter: Tim Willette<br>Time Commenced: 11:00 a.m.<br>Time Concluded: 11:15 a.m.<br>Time in Court: 15 Minutes |

## APPEARANCES:

Plaintiff: Jeff Paulsen, Assistant U.S. Attorney
Defendant: Andrea George

## PROCEEDINGS:

**Revocation of Supervised Release - Final Hearing.**
Defendant admits allegations and waives his right to an evidentiary hearing.

## ORDERED:

Defendant is sentenced to 9 months in the custody of the BOP with no supervision to follow. Defendant shall surrender to the U.S. Marshal on August 10, 2007, at 9:00 a.m. for service of sentence.

s/Gertie Simon
Courtroom Deputy